UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| Plaintiff § | | |
| § | | |
| v. § | Civil Action No. | |
| § | | |
| 20,300 EUROS AND $8,188.00 § | H -10-5229 | |
| IN U.S. CURRENCY, § | | |
| Defendant in rem § | | |

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

United States of America, Plaintiff, files this action for forfeiture against approximately 20,300 euros and $8,188.00 in United States currency, Defendant in rem, and alleges the following statements.

*Nature of the Action*

1. This is an action to forfeit property to the United States pursuant to 31 U.S.C. §5317(c)(2).

*Defendant in Rem*

2. Defendant in rem is approximately 20,300 euros and $8,188.00 in United States currency that were seized from Hans Suhl on September 18, 2010, at the George Bush Intercontinental Airport in Houston, Texas.

*Jurisdiction and Venue*

3. This Court has jurisdiction under 28 U.S.C. §1355 because this is an action for forfeiture.

4. Venue is proper in this Court under 28 U.S.C. §§ 1355 and 1395(a) and (b) because:

> a. the acts or omissions giving rise to the forfeiture occurred in the Southern District of Texas,
>
> b. the property was found in the Southern District of Texas, and
>
> c. this forfeiture action accrued in the Southern District of Texas.

*Basis for Forfeiture*

5. The Defendant in rem is subject to forfeiture pursuant to 31 U.S.C. § 5317(c)(2) which provides that any property involved in violations of 31 U.S.C. §§ 5316 and 5324(c) may be forfeited to the United States. These statutes state that:

> 1) a person shall file a report when the person knowingly transports, is about to transport, or has transported a monetary instrument of more than $10,000 out of the United States. 31 U.S.C. § 5316(a)(1)(A);
>
> 2) no person shall, for the purpose of evading the reporting requirements of 31 U.S.C. § 5316, fail to file a report required by 31 U.S.C. § 5316. 31 U.S.C. § 5324(c)(1);
>
> 3) no person shall, for the purpose of evading the reporting requirements of 31 U.S.C. § 5316, file a report required by 31 U.S.C. § 5316 that contains a material omission or misstatement of fact. 31

U.S.C. § 5324(c)(2).

*Facts*

6. On September 18, 2010, Hans Suhl was about to leave the United States aboard a Continental Airlines flight 46 en route to Frankfurt, Germany at the George Bush Intercontinental Airport in Houston, Texas. In the jetway for this flight, a United States Customs and Border Protection Officer (CBP Officer) conducted a Customs outbound inspection. The CBP Officer asked Mr. Suhl if he was transporting more than $10,000 in any monetary instruments, including euros, for himself or anyone else. Mr. Suhl stated that he was transporting $20,000. He confirmed this in writing under penalty of perjury.

7. A CBP Officer directed Mr. Suhl to an inspection table to verify the amount of money he was carrying. During this verification process, a CBP Officer asked Mr. Suhl to place all of his currency on the table. Mr. Suhl placed an envelope containing 20,000 euros and $6,500.00. During a search of Mr. Suhl's wallet, a CBP officer found $1,688. In Mr. Suhl's briefcase, a CBP Officer found 300 euros. After converting all of the funds to United States currency, CBP officers discovered that Mr. Suhl was carrying approximately $34,671.

8. After the discovery of these funds, Mr. Suhl told the CBP officers that he was well aware of the currency that he was carrying but decided to declare only

$20,000. CBP officers seized the funds forfeiture.

*Relief Requested*

9. Plaintiff requests (a) an arrest warrant and summons pursuant to Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, (b) a judgment of forfeiture, and (c) costs and other relief to which the Plaintiff may be entitled.

Date: December 15, 2010.

>Respectfully submitted,
>
>José Angel Moreno
>United States Attorney
>
>By: /s/ Albert Ratliff
>Albert Ratliff
>Attorney-in-Charge
>NY Bar No. 1073907
>SDTX Bar No. 6764
>Assistant United States Attorney
>United States Attorney's Office
>P. O. Box 61129
>Houston, Texas 77208
>E-mail: albert.ratliff@usdoj.gov
>Office: (713) 567-9579
>Fax: (713) 718-3300

*Verification*

I, Michael Telfer, Special Agent, United States Immigration and Customs Enforcement, declare under penalty of perjury as provided by 28 U.S.C. §1746 that I have read this Verified Complaint for Forfeiture in Rem, and the facts stated

in this complaint are true and correct to the best of my knowledge and belief.

Executed on December 15, 2010.

_____
Michael Telfer, Special Agent
U. S. Immigration and Customs Enforcement