UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 4:10-cv-05229 | |
| § | | |
| 20,300 EUROS AND $8,188.00 § | | |
| IN U.S. CURRENCY § | | |
| Defendant in rem. § | | |

## CERTIFICATION OF NOTIFICATION TO
## HANS SUHL

1. I, Albert Ratliff, Assistant United States Attorney, declare under penalty of perjury that the following is true and correct.

2. On February 9, 2010 the Rule G Notice of Forfeiture (Exhibit A)[1], Complaint for Forfeiture in Rem, and Court Procedures were sent via Federal Express to Hans Suhl c/o Tamer Budak, at his address in Hamburg, Germany. Mr. Budak is an authorized representative of Mr. Suhl as indicated in previous communications.

3. The delivery confirmation is listed below:

---

[1] All attached exhibits are incorporated into this document.



Print page | Close

**Detailed Results**

Tracking no.: 794409435110   Select time format: 12H

**Delivered**   Delivered
Signed for by: .ROSE

**Shipment Dates**   **Destination**
Ship date   Feb 10, 2011   HAMBURG DE
Delivery date   Feb 14, 2011 9:52 AM   Signature Proof of Delivery

**Shipment Facts**

| Service type | Intl Economy Envelope | Delivered to | Residence |
|---|---|---|---|
| Weight | 0.3 lbs/.1 kg | Reference | Asset Forfeiture |

**Shipment Travel History**

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Feb 14, 2011 9:52 AM | Delivered | HAMBURG DE | |
| Feb 14, 2011 8:17 AM | On FedEx vehicle for delivery | HAMBURG DE | |
| Feb 14, 2011 7:00 AM | At local FedEx facility | HAMBURG DE | |
| Feb 13, 2011 12:42 AM | Intl shipment release | COLOGNE DE | |
| Feb 13, 2011 12:37 AM | In transit | KOELN DE | Package available for clearance |
| Feb 12, 2011 8:13 PM | Arrived at FedEx location | KOELN DE | |
| Feb 12, 2011 6:35 AM | Departed FedEx location | MEMPHIS, TN | |
| Feb 12, 2011 1:34 AM | Departed FedEx location | MEMPHIS, TN | |
| Feb 11, 2011 5:03 PM | Arrived at FedEx location | MEMPHIS, TN | |
| Feb 11, 2011 3:05 PM | In transit | MEMPHIS, TN | |
| Feb 10, 2011 9:30 PM | Left FedEx origin facility | HOUSTON, TX | |
| Feb 10, 2011 6:32 PM | Picked up | HOUSTON, TX | |
| Feb 9, 2011 5:28 PM | Shipment information sent to FedEx | | |

Dated: February 22, 2011.

Albert Ratliff
Assistant United States Attorney
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
United States Attorney's Office
P. O. Box 61129
Houston, Texas  77208
Office (713) 567-9579
Fax (713) 718-3300
Albert.Ratliff@usdoj.gov